1  REICH & BINSTOCK, LLP
   4265 SAN FELIPE, SUITE 1000
2  HOUSTON, TX 77027
3  Dennis J. Reich, TX Bar No. 16739600
   Robert J. Binstock, TX Bar No. 02328350
4  Debbie L. Ziegler, TX Bar No. 12219200
   Telephone: (713) 622-7271
5  Facsimile: (713) 623-8724

6  Attorneys for Plaintiffs, EDDIE PIERCE and BECKY PIERCE

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____  )  **Case No. C-07-1751 CRB**
                                    )
14  IN RE: BEXTRA AND CELEBREX      )
    MARKETING SALES PRACTICES AND   )  **MDL NO. 1699**
15  PRODUCT LIABILITY LITIGATION    )  **District Judge: Charles R. Breyer**
                                    )
16  _____  )
                                    )
    EDDIE PIERCE, individually, and BECKY  )
17  PIERCE, spouse,                 )
                                    )  **STIPULATION AND ORDER OF**
18              Plaintiffs,         )  **DISMISSAL WITH PREJUDICE**
                                    )
19                                  )
          vs.                       )
20                                  )
    PFIZER, INC., PHARMACIA         )
21  CORPORATION, AND G.D. SEARLE LLC, )
    (FKA G.D. SEARLE & CO.),        )
22              Defendants.         )
23  _____

24      Come now the Plaintiffs, Eddie Pierce and Becky Pierce, and Defendants, by and through

25  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

26  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

27  fees and costs.

28

                                                              DISMISSAL

1    DATED: August 31, 2009

2                                    REICH & BINSTOCK, LLP

3

4                                    By:

5

6                                    Dennis J. Reich, TX Bar No. 16739600
                                     Robert J. Binstock, TX Bar No. 02328350
7                                    Debbie L. Ziegler, TX Bar No. 12219200
                                     4265 San Felipe Blvd, Suite 1000
8                                    Houston, Texas 77027
                                     Telephone:  (713) 622-7271
9                                    Facsimile:  (713) 623-8724

10

11                                   Attorneys for Plaintiffs

12

13   DATED: Oct. 22, 2009            DLA PIPER LLP (US)

14

15                                   By:___/s/_____

16                                        Matt Holian
                                     Attorneys for Defendants

17

18

19

20   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**

21

22        OCT 2 8 2009
     Dated:_____
23                                   Hon. Charles R. Breyer
                                     United States District Court
24

25

26

27

28

                                                              DISMISSAL